Melissa A. Higbee, Esq., SBN 24644
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6729 facsimile

Attorney for Plaintiff,
TAMARA WILLIAMS,

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLIAMS,<br><br>                           Plaintiff,<br><br>v.<br><br>PAUL DILLAWAY; and DOES 1-10, inclusive,<br><br>                           Defendant. | Case No. _____<br><br>**COMPLAINT FOR**<br><br>**(1) COPYRIGHT INFRINGEMENT**<br><br>**(2) UNAUTHORIZED ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION**<br><br>**DEMAND FOR JURY TRIAL** |

## JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunction relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

2.      This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3.      This court has personal jurisdiction over Defendant because Defendant is physically present and conducts business in the state of Arizona, Defendant's acts of infringement complained of herein occurred in the state of Arizona, Defendant's acts of infringement were directed towards the state of Arizona, and Defendant caused injury to Plaintiff within the state of Arizona.

1
**COMPLAINT**

4.     Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) because Defendant resides and a substantial part of the acts and omissions giving rise to the claims occurred in this judicial district.

**PARTIES**

5.     Plaintiff Tamara Wareka p/k/a Tamara Williams ("Williams") in an individual and professional photographer.

6.     Defendant Paul Dillaway ("Dillaway") is an individual who, on information and belief, resides in Arizona with a business address of 3115 E Indian School Rd, Suite 37, Phoenix AZ 85016.

7.     Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

**FACTUAL ALLEGATIONS**

8.     Plaintiff Tamara Williams is a highly successful freelance photographer specializing in beauty and fashion photography. Williams is most well-known for her natural and clean model portraiture featured on her highly popular Instagram account @tamarawilliams1, which has amassed over 400,000 followers.

9.     Williams' portfolio includes international clients and her work has been featured in top publications such as *Vogue, Harper's Bazaar, Marie Claire, Elle, L'Officiel, Glamour, Cosmopolitan, Maxim*, and many more. Additionally, her work has been used commercially by brands such as *NARS, KKW, Fenty*, and *Benefit*.

10.     Williams   is   the   sole   author   and   exclusive   rights   holder   to   one

1   photograph of model Keltie Straith ("Straith Photograph").

2       11.     Attached hereto as Exhibit A is a true and correct copy of the Straith

3   Photograph.

4       12.     Williams registered the Straith Photograph with the United States

5   Copyright Office under Registration Number VA 2-130-596 with an effective

6   registration date of December 13, 2018.

7       13.     It is Williams' custom and practice to put a watermark of her Instagram

8   username, "@TamaraWilliams1," on all of her photographs in order to protect them

9   from being misappropriated.

10      14.     The Straith Photograph contained the watermark "@TamaraWilliams1"

11   on the bottom of the photograph, as indicated by the red arrow in Exhibit B.

12      15.     Dr. Paul Dillaway is a is a board certified Family Medicine Physician.

13      16.     Dillway owns and operates the business Phoenix Medspa which offers

14   various beauty services such as Botox, Dysport, dermal fillers, PRP injections, and

15   microneedling. *See* www.phoenix-medspa.com.

16      17.     Dillaway owns and operates an Instagram page under the username

17   "phxmedspa" through which he markets and advertises Phoenix Medspa's various

18   beauty services.

19      18.     The "phxmedspa" account has nearly 7,000 followers.

20      19.     Attached hereto as Exhibit C is a true and correct screenshot of the

21   "phxmedspa" Instagram page showing that it is owned and operated by Dillway; *see*

22   *also* www.instagram.com/phxmedspa.

23      20.     On or about March 9, 2020, Dillaway created a post on the

24   "phxmedspa" Instagram account featuring the Straith Photograph with the text "ON

25   A BAD DAY THERE'S ALWAYS FILLER."

26      21.     Attached hereto as Exhibit D is a true and correct copy of the post

27   featuring the Straith Photograph.

28      22.     The Straith Photograph as it was used on the "phxmedspa" Instagram

**COMPLAINT**

1  page was strategically cropped at the bottom in order to remove Williams'
2  "@TamaraWilliams1" watermark.

3        23.    However, upon closer inspection, the letters "s1" from the watermark
4  still appear on the "phxmedspa" Instagram post.

5        24.    Attached hereto as Exhibit E is a comparison showing the cropping of
6  the Straith Photograph to remove the "@TamaraWilliams1" watermark.

7        25.    Williams did not license or otherwise grant permission for Dillaway to
8  use the Straith Photograph on the "phxmedspa" Instagram page, nor did she grant
9  permission for Dillaway to use her intellectual property to advertise and market
10  Phoenix Medspa's services.

11              **FIRST CAUSE OF ACTION**
              **COPYRIGHT INFRINGEMENT**
12              **17 U.S.C. § 101 *et seq.***

13        26.    Plaintiff incorporates by reference all of the above paragraphs of this
14  Complaint as though fully stated herein.

15        27.    Plaintiff did not consent to, authorize, permit, or allow in any manner
16  the said use of Plaintiff's unique and original Straith Photograph by Defendant.

17        28.    Plaintiff is informed and believes and thereon alleges that the
18  Defendant willfully infringed upon Plaintiff's copyrighted Photographs in violation
19  of Title 17 of the U.S. Code, in that it used, published, communicated, benefited
20  through, posted, publicized, and otherwise held out to the public for commercial
21  benefit, the original and unique Straith Photograph of the Plaintiff without Plaintiff's
22  consent.

23        29.    Plaintiff has no record of Defendant ever purchasing a license, nor did
24  Plaintiff ever grant Defendant permission to use the Straith Photograph in the manner
25  alleged.

26        30.    As a result of Defendant's violations of Title 17 of the U.S. Code,
27  Plaintiff is entitled to any actual damages and disgorgement of profits pursuant to 17
28  U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 per

1    infringement pursuant to 17 U.S.C. § 504(c).

2        31.    As a result of the Defendant's violations of Title 17 of the U.S. Code,

3    the court in its discretion may allow the recovery of full costs as well as reasonable

4    attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

5        32.    Plaintiff is also entitled to injunctive relief to prevent or restrain

6    infringement of his copyright pursuant to 17 U.S.C. § 502.

**SECOND CAUSE OF ACTION**
**FALSIFICATION, REMOVAL AND ALTERATION OF COPYRIGHT**
**MANAGEMENT INFORMATION**
**17 U.S.C. § 1202**

        33.    Plaintiff incorporates by reference all of the above paragraphs of this

Complaint as though fully stated herein.

        34.    Defendant intentionally falsified, removed, and/or altered copyright

management information related to the Photographs with the intent to induce,

enable, facilitate, or conceal its infringement of the Straith Photograph.

        35.    Specifically, Defendant illegally downloaded the Straith Photograph

with a watermark containing copyright management information and cropped the

Straith Photograph so that the watermark was removed before incorporating the

Straith Photograph into its post on social media.

        36.    Defendant's conduct was knowing and intentional because Defendant

knew that it was not the copyright holder in the Straith Photograph and that

Defendant had not licensed the Straith Photograph for use in the social media posts,

and knowingly altered the and/or removed the watermark containing the copyright

management in order to conceal its infringing conduct.

        37.    Defendant's conduct constitutes a violation of 17 U.S.C. § 1202(a),

and 1202(b).

        38.    Defendant's falsification, removal and/or alteration of that copyright

management information was done without Plaintiff's knowledge or authorization.

        39.    Defendant's falsification, removal and/or alteration of said copyright

management information was done by Defendant intentionally, knowingly, and with the intent to induce, enable, facilitate, or conceal Defendant's infringement of the Photographs. Defendant also knew, or had reason to know, that such removal, falsification, and/or alteration of copyright management information would induce, enable, facilitate, or conceal Defendant's infringement of the Photographs.

40.     Plaintiff has sustained significant injury and monetary damages as a result of Defendant's wrongful acts as hereinabove alleged in an amount to be proven.

41.     In the alternative, Plaintiff may elect to recover statutory damages pursuant to 17 U.S.C. § 1203(c)(3) in a sum of not more than $25,000 from each Defendant for each violation of 17 U.S.C. § 1202.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

1.     For a finding that Defendant infringed Plaintiff's copyright interest in the Straith Photograph by copying and displaying it for commercial purposes without a license or consent;

2.     For an award of actual damages and disgorgement of all of Defendant's profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant in an amount up to $150,000 for each infringement pursuant to 17 U.S.C. § 504(c), whichever is larger;

3.     For statutory damages against Defendant pursuant to 17 U.S.C. § 1203(c)(3) in a sum of not more than $25,000 for each violation of 17 U.S.C. § 1202;

4.     For an order pursuant to 17 U.S.C. § 502(a) enjoining Defendant from any infringing use of any of Plaintiff's copyrighted works;

5.     For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;

1

      6.     For pre judgment interest as permitted by law; and

2

      7.     For any other relief the Court deems just and proper.

3

Dated: August 6, 2021                  Respectfully submitted,

4

5

                                   **/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.,

6

                                   **HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112

7

                                   Santa Ana, CA 92705
(714) 617-8336

8

                                   (714) 597-6729 facsimile

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEMAND FOR JURY TRIAL

Plaintiff, Tamara Williams hereby demands a jury trial in the above matter.

Dated: August 6, 2021                                Respectfully submitted,

**/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.,
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6729 facsimile

**COMPLAINT**