# Exhibit "A"



# Exhibit "B"



# Exhibit "C"



# Exhibit "D"



# Exhibit "E"

**ORIGINAL WITH WATERMARK**



**CROPPED VERSION**



