Robert R. Berk, Bar #010162
Erik J. Stone, Bar #027805
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 263-7309
Fax:  (602) 200-7875
rberk@jshfirm.com
estone@jshfirm.com

Attorneys for Defendant Paul Dillaway

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Tamara Wareka pp/k/a Tamara Williams,<br><br>                                   Plaintiff,<br><br>            v.<br><br>Paul Dillaway; and Does 1-10, inclusive,<br><br>                                   Defendants. | No. CV21-1372-PHX-GMS<br><br>**Answer** |

Defendant Paul Dillaway ("Defendant"), submits his Answer to Plaintiff's Complaint (the "Complaint").  Defendant denies each and every allegation contained in the Complaint and each claim for relief which is not expressly admitted or otherwise pled to in this Answer.

## JURISDICTION AND VENUE

1.      The allegations in Paragraph 1 of the Complaint do not call for an affirmative response.  To the extent a response is necessary, Defendant denies the allegations contained in Paragraph 1 of the Complaint.

2.      In answering Paragraph 2 of the Complaint, Defendant admits that this Court has subject matter jurisdiction for this matter.

9799719.1

3. In answering Paragraph 3 of the Complaint, Defendant admits that this Court has personal jurisdiction over Defendant but denies the remainder of the allegations.

4. In answering Paragraph 4 of the Complaint, Defendant admits that venue is proper in this Court but denies the remainder of the allegations.

## PARTIES

5. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 5 of the Complaint and therefore denies them.

6. Defendant admits the allegations contained in Paragraph 6 of the Complaint.

7. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint and therefore denies them.

## FACTUAL ALLEGATIONS

8. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint and therefore denies them.

9. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 9 of the Complaint and therefore denies them.

10. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint and therefore denies them.

11. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint and therefore denies them.

9799719.1

12. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint and therefore denies them.

13. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint and therefore denies them.

14. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint and therefore denies them.

15. Defendant admits the allegations contained in Paragraph 15 of the Complaint.

16. Defendant admits the allegations contained in Paragraph 16 of the Complaint.

17. Defendant admits the allegations contained in Paragraph 17 of the Complaint.

18. Defendant admits the allegations contained in Paragraph 18 of the Complaint.

19. Defendant admits the allegations contained in Paragraph 19 of the Complaint.

20. Defendant admits the allegations contained in Paragraph 20 of the Complaint.

21. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint and therefore denies them.

22. Defendant denies the allegations contained in Paragraph 22 of the Complaint.

9799719.1

23.     Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint and therefore denies them.

24.     Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 24 of the Complaint and therefore denies them.

25.     Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 25 of the Complaint and therefore denies them.

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101 *et seq.***

26.     In answering Paragraph 26 of the Complaint, Defendant incorporates all of its responses in this Answer as if fully set forth in this Response.

27.     Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint and therefore denies them.

28.     Defendant denies the allegations contained in Paragraph 28 of the Complaint.

29.     Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint and therefore denies them.

30.     Defendant denies the allegations contained in Paragraph 30 of the Complaint.

31.     Defendant denies the allegations contained in Paragraph 31 of the Complaint.

32.     Defendant denies the allegations contained in Paragraph 32 of the Complaint.

**SECOND CAUSE OF ACTION**
**FALSIFICATION, REMOVAL AND ALTERATION OF COPYRIGHT**

**MANAGEMENT INFORMATION**
**17 U.S.C. § 1202**

33.     In answering Paragraph 33 of the Complaint, Defendant incorporates all of its responses in this Answer as if fully set forth in this Response.

34.     Defendant denies the allegations contained in Paragraph 34 of the Complaint.

35.     Defendant denies the allegations contained in Paragraph 35 of the Complaint.

36.     Defendant denies the allegations contained in Paragraph 36 of the Complaint.

37.     Defendant denies the allegations contained in Paragraph 37 of the Complaint.

38.     Defendant denies the allegations contained in Paragraph 38 of the Complaint.

39.     Defendant denies the allegations contained in Paragraph 39 of the Complaint.

40.     Defendant denies the allegations contained in Paragraph 40 of the Complaint.

41.     Defendant denies the allegations contained in Paragraph 41 of the Complaint.

## <u>AFFIRMATIVE DEFENSES</u>

1.     As and for a separate defense and in the alternative, Defendant alleges that Plaintiff's Complaint fails to state a claim upon which relief may be granted against Defendant.

2.     As and for a separate defense and in the alternative, Defendant alleges that Plaintiff have failed to mitigate her damages, thus barring or reducing the recovery against Defendant.

3.     Although Defendant does not presently have specific facts in support of the remaining defenses, it wishes to put counsel for Plaintiffs upon notice that it raises

9799719.1

the following defenses which, through subsequent discovery may, indeed, be supported by the facts: lack of jurisdiction over the subject matter, lack of jurisdiction over the person, arbitration and award, discharge in bankruptcy, duress, set-off, failure to join an indispensable party, failure of consideration, fraud, illegality, laches, license, payment, release, res judicata, statute of frauds, statute of limitations, insufficiency of process and insufficiency of service of process, and waiver.

WHEREFORE, having fully answered Plaintiffs' Complaint, Defendant requests that judgment be entered in its favor as follows:

1. Dismissing Plaintiffs' Complaint with prejudice;

2. Awarding Defendant its taxable costs;

3. Awarding Defendant its attorney fees and costs as provided by law; and

4. Awarding Defendant such other and further relief as the Court finds just.

## DEMAND FOR JURY TRIAL

Defendant demands a trial by jury.

DATED this 4th day of October, 2021.

JONES, SKELTON & HOCHULI, P.L.C.

By */s/ Erik J. Stone*
Robert R. Berk
Erik J. Stone
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Paul Dillaway

9799719.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 4th day of October, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


*/s/ Raquel L. Auriemma*

7