# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tamara Wareka, | No. CV-21-01372-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Paul Dillaway, et al., | |
| Defendants. | |

A review of the Court's docket reflects the Court's December 10, 2021 Order (Doc. 22), ordered the parties shall file a status report within 30 days regarding status of settlement discussions and referral of a Magistrate Judge for purposes of holding a settlement conference. No status report has been filed.

**IT IS HEREBY ORDERED** the parties shall file a status report regarding status of settlement discussions and referral of a Magistrate Judge for purposes of holding a settlement conference on or before **January 19, 2022**.

Dated this 12th day of January, 2022.

_____
G. Murray Snow
Chief United States District Judge